# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| JERMAINE PILLOW, #80909, | ) |
| *Plaintiff*, | ) |
| | ) No.: 4:14-cv-77-HSM-WBC |
| v. | ) |
| PAM SMITH PAINTING and PAM SMITH, | ) |
| *Defendants*. | ) |

## MEMORANDUM

This *pro se* prisoner's civil rights action under 42 U.S.C. § 1983 was filed *in forma pauperis* in the United States District Court for the Middle District of Tennessee and transferred to this Court. The complaint is essentially identical to a prior civil rights lawsuit that was transferred to this Court from the Middle District and considered by the Court. *See Jermaine Pillow v. Pam Smith and Pam Smith Painting*, Civil Action No. 4:14-cv-76 (E.D. Tenn. Nov. 13, 2014) (order dismissing case as frivolous and for failure to state a claim). Accordingly, this action will be **DISMISSED** as duplicative. The Court will **CERTIFY** that any appeal from this action would not be taken in good faith and would be totally frivolous. *See* Rule 24 of the Federal Rules of Appellate Procedure.

**AN APPROPRIATE ORDER WILL ENTER.**

　　　　　　　　　　　　　　　　　　　　/s/ Harry S. Mattice, Jr.
　　　　　　　　　　　　　　　　　　　　HARRY S. MATTICE, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE